FILED

09 SEP 16 AM 9:24

[Clerk U.S. District Court stamp]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Timothy Scott Wiltsie - # 146431

_____/

## ORDER TO SHOW CAUSE

It appearing that Timothy Scott Wiltsie has been suspended by the California Supreme Court due to noncompliance with Rule 9.22 for failure to contribute to Child and Family Support, effective August 26, 2009.

**IT IS ORDERED**

That respondent show cause in writing on or before October 22, 2009 as to why he should not be suspended from the practice of law before this court, pending further notice from the State Bar of California.

Dated:

VAUGHN R WALKER
United States District Chief Judge

Mailing Address:
Timothy Scott Wiltsie
Wiltsie Law Office
120 W Main St., # 207
Belleville, IL 62220